UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GALINA B. NELSON,<br><br>           Plaintiff,<br><br>  v.<br><br>RYAN L. NELSON,<br><br>           Defendants. | CASE NO. 2:24-cv-00799-JNW<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 7th day of June, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge