UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GALINA B. NELSON, | CASE NO. 2:24-cv-00799 |
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| RYAN L. NELSON, | |
| Defendant. | |

Pro se Plaintiff Galina B. Nelson pursues this action in forma pauperis (IFP). Dkt. No. 2. After reviewing the operative complaint under 28 U.S.C. § 1915(e)(2)(B), the Court found that Nelson failed to state a claim on which relief may be granted. Dkt. No. 8. Rather than dismissing her case, the Court granted leave to amend the complaint and ordered Nelson to submit an amended complaint within 30 days. *Id.* The Court expressly warned that "[f]ailure to do so will result in dismissal of this action under 28 U.S.C. § 1915(e)(2)(B)." *Id.* at 4.

The time to respond has passed. Nelson has not complied with the Court's Order to submit an amended complaint. *See* Dkt. As such, the Court DISMISSES

dISMISSAL ORDER - 1

this action without prejudice under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

It is so ORDERED.

Dated this 23rd day of December, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge